IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

---

Katherine Watkins, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　) Case No. 2:11-cv-00328-NT
VS. )
　　　　　　　　　　　　　　　　　　　　　　)
Law Offices of Howard Lee Schiff, P.C., )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant )

---

## JOINT STIPULATION OF DISMISSAL

The Complaint in the above-entitled case has settled. It is hereby stipulated and agreed by and between all parties who have appeared in this action, namely, Katherine Watkins, Plaintiff, and Law Offices of Howard Lee Schiff, P.C., Defendant, both by and through undersigned counsel, that the Complaint be and hereby is dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 3, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Patrick J. Venne, Bar No. 4760
　　　　　　　　　　　　　　　　　　　　Law Office of Patrick J. Venne
　　　　　　　　　　　　　　　　　　　　157 Wolcott St., Portland, ME 04102
　　　　　　　　　　　　　　　　　　　　207-274-1298
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

Dated: June 3, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mary H. Thomas,
　　　　　　　　　　　　　　　　　　　　Law Offices of Howard Lee Schiff, P.C.
　　　　　　　　　　　　　　　　　　　　1321 Washington Ave., Portland, ME 04103
　　　　　　　　　　　　　　　　　　　　(207) 621-9991
　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

1